## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-14257-CV-MIDDLEBROOKS

JOHN S. HAILE,

     Movant,

v.

RICKY DIXON,
as Secretary, Florida Department of Corrections,

     Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendation ("Report"), issued on April 25, 2022. (DE 23).  The Report recommends denying Movant John S. Haile's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. §2254. Petitioner filed objections on May 9, 2022. (DE 24).

I have conducted a *de novo* review of Judge Reinhart's Report, the record in this case, and I have considered the applicable law. I have also considered Petitioner's objections, and I find that they lack merit. Accordingly, I agree with Judge Reinhart's recommendations and adopt his Report. Further, I find that Petitioner cannot make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 23) is **ADOPTED**.

(2) Petitioner's Objections (DE 24) are **OVERRULED.**

(3) Petitioner John S. Haile's Petition Under 28 U.S.C. § 2254 For Writ of Habeas

Corpus (DE 1) is **DENIED.**

(4) No certificate of appealability shall issue.

(5) Final Judgment shall be entered by separate Order.

**SIGNED** in West Palm Beach, Florida, this 3rd day of June, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Honorable Bruce E. Reinhart
       Counsel of Record